UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

> U.S. DISTRICT COURT - N.D. OF N.Y.
> # FILED
> MAY 1 2 2025
> AT _____ O'CLOCK _____
> John M. Domurad, Clerk - Syracuse

PLAINTIFF (S)

HARVEY J. GUNTER 24B4432 (ET.AL.)

-V-                          COMPLAINT
                             PRO-SE PRISONER

THE STATE OF NEW YORK
DEPARTMENT OF CORRECTION        CASE NO.
AND COMMUNITTE SUPERVISION

DEFENDANT (S)              JURY DEMAND
                           ☒ YES
                           ☐ NO

**I. LEGAL BASIS FOR COMPLAINT. (CLASS-ACTION)**

( NEVERSON-22B2376/OSORIO 18B1590/PINKARD
18B1975/THOMAS 24B2430/LOPEZ 22B2442/
PARSON 24B3447/CURTIS 83A6173/KELLY 07A6173/
BUBOLTZ 23B3040/PORTER 16B2783/MANNING
22R1490/HIGGINS 04A5463/BENNETT 15B3442/
SANCHEZ 10B0277/MONROE 02A1334/MASON
08A1751/SMITH 78D0168/RODRIGUEZ 14A1390/
MESSA 99A1402/SMITH 74A3692).

(I. LEGAL BASIS FOR COMPLIANT - CONTINUE!

THIS IS A CIVIL ACTION RELIEF AND/OR DAMAGES TO DEFEND AND PROTECT THE RIGHTS GUARANTEED BY THE CONSTITUTION AND LAWS OF THE UNITED STATES.

INDICATE THE FEDERAL BASIS FOR YOUR CLAIM

( ☒ 42 U.S.C. §1983 (STATE, COUNTY, OR MUNICIPAL DEFENDANTS).

(II. PLAINTIFF(S) INFORMATION)

NAME: HARVEY J. GUNTER, (ET. AL.)

PRISONER ID#: 24B4432

PLACE OF DETENTION: WENDE CORRECTIONAL FACILITY, WENDE ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187

INDICATE YOUR CONFINEMENT STATUS WHEN THE ALLEGED WRONG DOING OCCURRED:

☒ CONVICTED AND SENTENCED STATE PRISONER(S)

PROVIDE ANY OTHER NAME BY WHICH YOU ARE OR HAVE BEEN KNOWN AND ANY OTHER IDENTIFICA-TION NUMBER ASSOCIATED WITH PRIOR PERIODS OF INCARCERATIONS!

HARVEY JEROME GUNTHER / BUBBA-DEE!

99B0001 / 18B1208 .

3   IF THERE ARE ADDITIONAL PLAINTIFF(S), EACH PERSON MUST PROVIDE ALL THE INFORMATION REQUSTED IN THIS SECTION AND MUST SIGN THE COMPLIANT: ADDITIONAL SHEETS OF PAPER MAY BE USED AND ATTACHED TO THIS COMPLIANT.

PLEASE SEE ATTACHED PAPER FOR ALL OTHER PLAINTIFF(S) INFORMATION AND THEIR SIGNATURE FOR THIS COMPLIANT.

(II. DEFENDANT(S) INFORMATION
DEFENTANT NO.(1)
NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION!
JOB TITLE: CORRECTION OFFICERS AND THE MEMBER OF THE U.S. NATIONAL GUARDS!
WORK ADDRESS: WENDE CORRECTIONAL FACILITY, WENDE ROAD, P.O. BOX 1187, ALDEN N.Y. 14004-1187!

1. JAMAL
   24B0151
   WENDE CORRECTIONAL FACILITY, WENDE
   ROAD P.O. BOX 1187 ALDEN, NEW YORK 14004-1187
   CONVICTED AND SENTENCE STATE PRISONER
   SIGNATURE: _Jamal Al-Nyasi_  24B0151

2. RODRIGUEZ WILLIAM
   14A1390
   WENDE CORRECTIONAL FACILITY, WENDE ROAD
   P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
   CONVICTED AND STATE PRISONER
   SIGNATURE: _Rodriguez, william_  14A1390

3. SMITH, JOHN
   74A3692
   WENDE CORRECTIONAL FACILITY, WENDE
   ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
   CONVICTED AND SENTENCE STATE PRISONER
   SIGNATURE: _John Smith_

4. PORTER, ROBERT  _John Smith 74A3692_
   16B2783
   WENDE CORRECTIONAL FACILITY, WENDE
   ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14001-1187
   SENTENCED CONVICTED STATE PRISONER
   SIGNATURE:
        _Robert Porter_

5. ROBERTS, KENNETH
   08A1240



WENDE CORRECTIONAL FACILITY, WENDE
ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCED AND CONVICTED PRISONER, STATE
SIGNATURE: Kenneth Lee Roberuas #08A1240

7. SMITH, L
78D0168
WENDE CORRECTIONAL FACILITY, WENDE ROAD,
P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCE AND CONVICTED STATE PRISONER

8. SIGNATURE: Lenard W Smith 78D0168
CHAMAN, A. 14B1124
WENDE CORRECTIONAL FACILITY, WENDE
ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCE AND CONVICTED STATE PRISONER
SIGNATURE: Anthony Chapman

9. NEVERSON, A.
WENDE CORRECTIONAL FACILITY, WENDE ROAD
P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
CONVICTED AND SENTENCE STATE PRISONER

SIGNATURE: 22B2376

10. ABDULLAH,
05A2186
WENDE CORRECTIONAL FACILITY, WENDE
ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCED AND CONVICTED STATE PRISONER

SIGNATURE: Abdul Uh ___ #05.A.2136

11, ALSTON, J,
96A0535
WENDE CORRECTIONAL FACILITY, WENDE ROAD
P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCED AND CONVICTED STATE PRISONER
SIGNATURE: J. Alston  96A0535

12, TOLIVER, R.
19A2366
WENDE CORRECTIONAL FACILITY WENDE ROAD
P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCED AND CONVICTED STATE PRISONER
SIGNATURE: R. Toliver  19A2366

13. BUBOLTZ, (LEGALLY BLIND)
23B3040
WENDE CORRECTIONAL FACILITY, WENDE
ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCED AND CONVICTED STATE PRISONER
SIGNATURE: BUBOLTZ (LEGALLY BLIND)

14. MANNING (LEGALLY BLIND)
22R1490
WENDE CORRECTIONAL FACILITY, WENDE
ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187
SENTENCED AND CONVICTED STATE PRISONER
SIGNATURE: MANNING (LEGALLY BLIND)

15. HARVEY J. GUNTER
24B4432

WENDE CORRECTIONAL FACILITY, WENDE
ROAD, P.O. BOX 1187, ALDEN, NEW YORK
14004-1187
SENTENCED AND CONVICTED STATE PRISONER
SIGNATURE: Harvey J. Hunter

16.




SIGNATURE:

17.




SIGNATURE:

18.





SIGNATURE:

19.

## III DEFENDANTS INFORMATION

DEFENDANT NO. -1
NEW YORK STATE DEPARTMENT OF CORRECTION ~~ER~~ AND COMMUNITY SUPERVISION.
JOB TITLE:
CORRECTION OFFICERS
WORK ADDRESS;
WENDE CORRECTIONAL FACILITY, WENDE ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187

DEFENDANT NO. -2
UNITED STATES NATIONAL GUARDS
JOB TITLE!
ASSISTING N.Y.S.D.O.C.C.S. CORRECTION OFFICERS
WENDE CORRECTIONAL FACILITY, WENDE ROAD, P.O. BOX 1187, ALDEN, NEW YORK 14004-1187

## IV STATEMENT OF FACTS:

1. ON OR ABOUT THE SECOND WEEK OF NOVEMBER 2024 (NOVEMBER 12TH) I WAS TRANSFERRED FROM ELMIRA CORRECTIONAL FACILITY TO WENDE CORRECTIONAL

FACILITY. UPON ARRIVAL I WAS STRIPPED SEARCHED BY A CORRECTION OFFICER AND THAN SENT TO BE EXAMINED BY ONE OF THE NURSES, AS SHE BEGAN TO DO THE EXAM AND ASK ME QUESTIONS CONCERNING MY HEALTH ISSUES, I ASK THE CORRECTION WHO WAS PRESENT IF HE COULD PLEASE LEAVE THE ROOM BECAUSE ANY CONVERSATION WITH MEDICAL PERSONNAL IS PRIVILLAGE HE STATED THAT HE DID NOT CARE ABOUT MY CONCERNS AND THAT THE H.I.P.P.A. LAW DOES NOT APPLY TO HIM. THIS INCIDENT TOOK PLACE IN THE RECEPTION/DRAFT ROOM HERE AT THE WENDE CORRECTIONAL FACILITY.

2. ON THE 12TH DAY OF NOVEMBER 2024, I WAS TAKEN TO THE R.M.U. LOCATED WITHIN THE COMPOUND OF THE WENDE CORRECTIONAL FACILITY. ONCE AGAIN I WAS EXAMINED BY AN R.M.U. NURSE, PRIOR TO HER STARTING MY EXAM, I ONCE AGAIN REQUESTED THAT THE CORRECTION OFFICER WHO WAS PRESENT IN THE EXAM ROOM REMOVE HIMSELF UNTIL MY EXAM IS COMPLETE HE STATED TO ME THAT I BETTER GET USE TO A CORRECTION BEING A PART OF ANY AND ALL EXAMS OR ANY OTHER MEDICAL



PROCEDURE THAT TAKES PLACE WITHIN THE R.M.U. AT THE WENDE CORRECTIONAL FACILITY AND THAT THE NONE OF THE CORRECTION OFFICERS WHO WORK IN THE R.M.U. CARES ABOUT THE H.I.P.A. LAW. SO I ASKED THE ATTENDING NURSE TO HAVE THE CORRECTION LEAVE THE EXAM ROOM UNTIL ANY CONVERSATION ABOUT MY MEDICAL AND HEALTH CONDITIONS ARE FINISHED, SHE STATED THAT IT IS O.K. FOR THE CORRECTION OFFICER TO BE PRESENT DURNING MY EXAM.

SINCE THAT TIME, NO MATTER WHAT A MEDICAL EMPLOYEE DOES CONCERNING ALL THE INMATES THAT ARE HOUSED WITHIN THE R.M.U. HERE AT THE WENDE CORRECTIONAL FACILITY. NONE MEDICAL PERSONNAL ARE IN THE EXAM ROOMS AND OR THE INMATES CELL/ROOM. THAT TYPE OF INCIDENTS HAS BEEN TAKEN PLACE HERE IN THE WENDE CORRECTIONAL FACILIT R.M.U. UP UNTIL THIS VERY DAY (APRIL 25, 2025).

ON OR ABOUT FEBURARY 20, 2025, THE NATIONAL GUARDS BEGIN TO BECOME A OF D.O.C.S. SECURITY PERSONNAL. THE

THIS ISSUE IS DUE TO THIS CORRECTIONAL
FACILIT (WENDE) DO NOT HAVE PROPER
DRING WATER WITHIN THE ROOM/CELLS
AND THE INMATES ARE BEING SUBJECTED
TO HAVE TO DRINK WATER FROM A BATHROOM,
SINK THAT HAS NO WATER PURIFICATION
SYSTEM CONNECTED TO THEM WHICH CAUSES
THE WATER FROM THE BATHROOM TO BE VERY
CLOUDY WITH SENTAMENTS FLOWING ALL
THROUGH OUT THE CUP/GLASS WHICH
MAKES IT HARMFUL TO DRINK. EVERY
DEFENDANT WHO WORK WITHIN THIS
R.M.U. LOCATED WITHIN THE WENDE
CORRECTIONAL FACILITY ISIN EVERY
ASPECT OF ALL THE FOLLOWING LISTED
FACTS ARE TOTALLY RESPONSIBLE!

DURING THIS TIME PERIOD I HAVE NOT
BEEN PHYSICALY INJURED, I CAN
NOT SPEAK FOR ANY OF THE OTHER INMATES
/PLAINTFF'S AS TO PHYSICAL INJURIES
BUT I CAN TELL YOU THAT EACH AND EVERY
INMATE THAT ARE HOUSED WITHIN THIS
R.M.U. LOCATED AT THE WENDE CORRECTIONAL
FACILITY ARE SUFFERRING FROM MENTAL
PSYCHOLOIC, EMOTIONAL AND STRESSFUL ISSUES
AS WELL AS CRUEL AND UNUSUAL PUNISHMENT

BODY CAMERA'S. EVERY TIME I AND OTHER INMATES HAVE TO GO OUT ON AN OUTSIDE MEDICAL TRIP OR ANY OTHER OUTSIDE TRIP, WE THE INMATES ARE BEING SUBJECTED TO HAVING A STRIP SEARCH ON CAMERA AND ARE BEING TOLD TO LIFT UP OUR PENIS AND TESTICALS AND THAT TO TURN AROUND AND BEND OVER AND SPREAD YOUR BUTT CHEEKS WHILE BEING RECORDED AND IF YOU DO NOT COMPLY, YOU WILL NOT BE ALLOW TO GO ON THE OUTSIDE TRIP AND WILL BE RETURNED TO YOUR CELL/ROOM AND ARE ASKED TO SIGN A REFUSAL FORM. I AM IN VERY POOR HEALTH AND REQUIER OUTSIDE MEDICAL TRIPS. I HAVE NOT SEEN ANY OUTSIDE MEDICAL TRIPS BECAUSE I AM MUSLIM AND I REFUS TO BE SUBJECTED TO SUCH TYPE OF UNWARRENT PROCUDERS.

ON OR ABOUT THE NOVEMBER 12, 2024, THIS IS WHEN I ARRIVED AT THE WENDE R.M.U. CORRECTIONAL FACILITY. SINCE THAT TIME MYSELF AND ALL THE OTHER INMATES WHO ARE HOUSED IN THE R.M.U. AT THE WENDE CORRECTIONAL FACILITY ARE BEING SUBJECTED TO UNCLEAN DRINKING WATER WITH IN OUR CELLS AND ███ OR ROOMS.

THE EXACT SAME ISSUES THAT WAS TAKING
PLACE PRIOR TO THE NATIONAL GUARDS
PRESENCE HAS CONTINUE TO TAKE PLACE
THAT BEING VOLATING MY H.I.P.P.A
LAW RIGHTS AND NO ONE FROM THIS
ADMINISTRATION OR ALBANY HAS ANY
CONCERN ABOUT THIS MATTER.

ON OR ABOUT FEBURARY 20, 2025, THE OFFICERS
BEGAN TO WEAR CAMERA'S THAT NOT ONLY
RECORDS EVERY THING A INMATE DOE'S BUT
ALSO EVERY THING THAT IS BEING SAID/
IT IS NOT JUST THE CORRECTION OFFICER
WHO ARE VIOLATING THE INMATES WHO
ARE HOUSED WITHIN THE WENDE
CORRECTIONAL FACILITY R.M.U. BUT THE
NATIONAL GUARDS ARE ALSO BEING ALLOWED
TO BE IN THE EXAM ROOM WHEN MEDICAL
PERSONNAL IS DOING AN EXAMATION OR
SPEAKING TO ME AS WELL AS OTHER INMATES
WHICH IS A CLEAR VIOLATION OF THE
H.I.P.P.A. LAW.

ON OR ABOUT FEBURARY 2, 2025, THIS IS
ABOUT THE TIME THAT THE CAMERA'S WAS
IMPLAMENTED FOR THE CORRECTION OFFICER
AND THE NATIONAL GUARDS TO BEGAN WARING

AS WELL AS DELIBERT INDIFFERENCE BY THE STAFF WHO WORK WITHIN THE R.M.U. LOCATED WITHIN THE WENDE CORRECTIONAL FACILITY.

V    STATEMENT OF CLAIM

FIRST CLAIM:
ON OR ABOUT THE 12TH OF NOVEMBER 2024 WHILE BEING PROCESSED INTO THE WENDE CORRECTIONAL FACILITY. I WAS SUBJECTED TO (CRUEL AND UNUSUAL PUNISHMENT) (DELIBRATE INDIFFERENCE) AS WELL AS VIOLATING MY RIGHTS TO THE H.I.P.P.A. LAW ALL THESE CLAIMS ARE AGAINST THE NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION WHO VIOLATED MY 8TH CONSTITUTIONAL AMENDMENT. A

SECOND CLAIM:
SINCE BEING TRANSFERRED TO THE WENDE CORRECTIONAL FACILITY ON THE 12TH OF NOVEMBER 2024, I HAVE BEEN SUBJECTED TO DELIBRATE INDIFFERENCE TO MEDICAL NEEDS AS WELL AS CRUEL AND UNUSUAL PUNISHMENT DUE TO THE ACTIONS OF THE

OF THE CORRECTIONAL OFFICERS AND THE NATIONAL GUARDS WHO ARE WORKING IN THE R.M.U, LOCATED WITHIN THE WENDE CORRECTIONAL FACILITY WHICH VIOLATED MY 8TH CONSTITUTIONAL AMENDMENT RIGHTS AS WELL AS THE H.I.P.P.A. LAW. BY THE OFFICERS WHO WORK WITHIN THE R.M.U.

THIRD CLAIM:
ON OR ABOUT FEBRUARY 20, 2025, THE NATIONAL GUARDS BECAME THE ASSISTANCE OF WENDE CORRECTIONAL FACILITY OFFICERS. THE NATIONAL GUARDS ARE IN VIOLATION OF MY 8TH CONSTITUTIONAL AMENDMENT DELIBRATE INDIFFERENCE AS WELL AS VIOLATING THE H.I.P.P.A. LAW.

FOURTH CLAIM:
ON OR ABOUT THE 2ND OF FEBURARY 2025, THE CORRECTIONAL OFFICERS BEGAN TO WEAR BODY CAMERA'S AND WEEKS LATER THE NATIONAL GUARDS WAS ALLOWED TO WEAR BODY CAMERA'S ALL THE WHILE WHEN BEING EXAMED BY MEDICAL STAFF DURNING MEDICAL VISITS TO THE INMATES ROOMS/CELLS WHICH IS CRUEL AND UNUSUAL PUNISHMENT AND A VIOLATION OF THE

H.I.P.P.A. LAW.

FIFTH CLAIM:
DURNING MY TIME HERE AT THE WENDE
CORRECTIONAL FACILITY, SINCE THEY
BEGAN WEARING BODY CAMERA'S THIS
IS CONCERNING THE CORRECTION
OFFICERS. IF YOU ARE SCHEDULED TO GO
ON ANY OUTSIDE TRIPS, YOU ARE BEING
FORCED TO STRIP NECKED AND RAISE YOUR
TESTICALS AND PENIS AND THEN ARE TOLD
TO TURN AROUND AND SPREAD YOUR BUTT CHEEK
SO THE OFFICER CAN RECORD THE ENTIRE
PROCESS. THIS IS ABSOLUTELY A FORM OF
HARD CORE PRON WHICH IS CRUEL AND
UNUSUAL PUNISHMENT AND DELIBRATE
INDIFFERENCE TO MEDICAL NEEDS WHICH
IS A VIOLATION OF MY 8TH CONSTITUTIONAL
AMENDMENT RIGHTS.

SIX CLAIM:
SINCE BEING CONFINED ON NOUVEMBER
20, 2023 HERE AT THE WENDE CORRECTIONAL
FACILITY, MYSELF AND THE REST OF THE
INMATES HOUSED WITHIN THE R.M.U. HAS
BEEN AND STILL ARE TO THIS VERY DAY OF
APRIL 25, 2025 ██ IS BEING SUBJECTED

TO CRUEL AND UNUSUAL PUNISHMENT, UNCONSTITUTIONAL CONDITIONS OF CONFINEMENT AND DELIBRATE INDIFFERANCE FOR BEING FORCED TO DRINK WATER FROM A SINK LOCATED WITHIN THE BATHROOM OF YOUR CELL/ROOM WITH NO WATER PURIFICATION SYSTEM MAKING THE WATER UNDRINKABLE WHICH IS A 8TH CONSTITUTIONAL AMENDMENT VIOLATION.

VI RELIEF REQUESTED:

FOR EACH INMATE NAMED IN THIS LAW SUITE, WE ARE REQUESTING $1,000,000 DOLLARS EACH TOTALLING $15,008,000 MILLION DOLLARS FOR PUNITIVE AND MONITARY DAMAGES AS WELL AS ANY COURT FEE COST.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT!

DATED: 5/7/2023        PLANTIFF'S SIGNATURE

Harvey D. Guntereta

HAVE YOU BEGAN ANY OTHER LAWSUITS IN FEDERAL
COURT WHICH RELATES TO YOUR IMPRISONMENT

YES

NAME OF THE PARTIES TO THIS OTHER LAWSUIT:

PLAINTIFF(S): HARVEY J. GUNTER

DEFENDANT(S): NEW YORK STATE DEPARTMENT
OF CORRECTION AND COMMUNITY SUPERVISION

DOCKET: PENDING
DISTRICT COURT: NORTHERN DISTRICT
NAME OF DISTRICT MAGISTRATE JUDGE TO WHOM
CASE WAS ASSIGNED: PENDING

THE APPROXIMATE DATE THE ACTIONS WAS
FILED: APRIL 22, 2025

WHAT WAS THE DISPOSITION OF THE CASE:
IS IT STILL PENDING: YES

EXHAUSTION OF YOUR ADMINISTRATIVE
REMEDIES FOR THIS CLAIM:

DID YOU GRIEVE OR APPEAL THIS CLAIM
(YES) IF YES, WHAT WAS THE RESULTS?
DENIED!

DID YOU APPEAL THAT DECISION? (YES)
IF YES, WHAT WAS THE DECISION? AS OF
THIS POINT, THE C.O.R.C. HAS NOT REPLIED
TO ANY OF MY GRIEVANCES! (SEE ATTACHED
EXHIBITS - GRIEVANCES FILED.

ATTACHED TO THE REAR OF THIS CLAIM ARE
GRIEVANCES THAT WAS NEVER DECIDED BY
THE FACILITY OR THE C.O.R.C. WHICH
INDICATE I HAVE EXHAUSTED MY
ADMINISTRATIVE REMEDIES.

#62

## Affidavit of Service

STATE OF NEW YORK )
COUNTY OF ~~ERIE~~ ) ss:
          ERIE

I, HARVEY J GUNTER _____, being duly sworn, deposes and
says, that I am the Petitioner herein, and that on the date of notarization indicated below, I have
place in a sealed, post-paid, wrapper a true and exact copy of the enclosed papers, Identified as:

42 U.S.C. §1983 & EXHIBITS _____

_____, and Affidavit of
Service, by placing same in U.S. Mailbox in ~~____~~ Correctional Facility for delivery to the
                                              WENDE
United States Postal Service, and that such parcels were addressed to the parties indicated below:

NEW YORK STATE DEPARTMENT
OF LAW, ATTORNEY GENERAL
OF THE STATE OF NEW YORK
THE CAPITOL
ALBANY, NEW YORK 12224-0341

Respectfully Submitted,

                                        _____
                                         (Sign Name in Front of Notary)
                                        HARVEY J GUNTER , pro se
                                              (Print Name)

Sworn and subscribed to before me on

this 7 day of May , 20 25.

_____
Notary Public

Benjamin A. Wilson
Notary Public, State of New York
Reg. No. 01WI6298376
Qualified in Erie County
Commission Expires 3/10/2026

TO: C.O.R.C. / ALBANY, NEW YORK!

RE: APPEALING THE FOLLOWING GRIEVANCES!

DEAR SIR / MADAM,

I AM WRITTING TO YOU AT THIS POINT AND
TIME BECAUSE I HAVE FILED A NUMBER OF
GRIEVANCES HERE AT THE WENDE CORRECTIONAL
FACILITY. IT SEEM TO BE PROTACAL FOR THE
GRIEVANCE COMMITTEE NOT ONLY TO NOT ANSWER
YOUR GRIEVANCES, BUT THEY ALSO DO NOT
SCHEDULE ANY GRIEVANCE HEARINGS OR
RESPOND IN ANY FORM (CORRESPONDANCE / IN
PERSON) TO THE STATUS OF ANY GRIEVANCE
THAT IS FILED. I AM LISTING THE
FOLLOWING GRIEVANCES THAT I HAVE
FILED AND GOT NO RESULTS. (A COPY IS
INCLUDED AS EXHIBITS)!

DATES FILED. 1-6-2025 / 1-6-2025 / 1-10-2025 /
1-6-2025 / 1-27-2025 / 2-10-2025 / 1-29-2025 /
3-3-2025 / 3-3-2025 / 4/3/2025 / 4-14-2025 /

WRITTING TO YOU CONCERNING THIS ISSUES IS
MY ACKNOWLEDGEMENT THAT I HAVE EXHUASTED
MY ADMINISTRATIVE REMEDIES!
                    Harry A. Mumford 24B4432

1 OF 2 PAGES

INCARCERATED GRIEVANCE PROGRAM
COMPLAINT FORM

GRIEVANCE NO.   DATE FILED
                1/6/2025

GRIEVANT NAME   DIN. NO.
HARVEY J. GUNTER 24B4432

FACILITY        HOUSING UNIT
WENDE           R.M.U. 336-2

PROGRAM         DATE
N/A             1/6/2025

DESCRIPTION OF PROBLEM:

THERE IS NO HEAT WORKING IN MY ROOM AND THE HEATERS THAT
ARE ON THE WALL HAS BEEN ICE COLD SINCE WE WERE TOLD
THAT THE HEAT HAS BEEN TURNED ON. ALSO, THERE IS NO HOT
WATER IN THE SHOWER OR THE SINK THAT IS IN MY
ROOM, THE VENTS IN THE CEILING DOES NOTHING BUT BLOW
COLD AIR 24 HOURS A DAY MAKING IT UNBEARABLE TO LIVE IN!

GRIEVANT SIGNATURE: Harvey J. Gunter 24B4432
GRIEVANCE CLERK SIGNATURE:
                                              DATE:

ADVISOR REQUESTED: YES / NO  WHO:

ACTION REQUESTED BY GRIEVANT: TO HAVE THE MAINTINANCE
DEPARTMENT FIX THIS MATTER A.S.A.P. AND TO HAVE MEDICAL
ISSUES THE PRISONERS A "SECOND" BLANKET TO STAY WARM
UNTIL THE HEATING PROBLEM IS RESOLVED AS WELL AS
THE ISSUE WITH HAVING "NO" HOT WATER!

2 OF 2 PAGES

THIS COMPLAINT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED (TO BE COMPLETED ONLY IF RESOLVED
                                                  PRIOR TO HEARING)

GRIEVANT SIGNATURE:

                                           DATE:

WITNESS SIGNATURE:

                                        DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED
GRIEVANCE RESOLUTION COMMITTEE (I.G.R.C.),
* AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER
   DIRECTIVE # 4040. § 701.6 (G).

INCARCERATED GRIEVANCE PROGRAM
COMPLIANT FORM

GRIEVANCE NO,   DATE FILED
WDE- 0016-25  7/6/2025

filed 1/7/25

GRIEVANT NAME   D.I.N. #
HARVEY J. GUNTER   24B4432

FACILITY   HOUSING UNIT
WENDE   R.M.U. 336-2

PROGRAM   DATE
N/A   1/6/2025

DESCRIPTION OF PROBLEM;

I, HARVEY J. GUNTER, 24B4432, WAS TRANSFERED TO WENDE CORR. FAC. IN EARLY OCTOBER 2024. SINCE THAT TIME I HAVE "NOT" RECIEVED A SINGLE "HOT" MEAL (I.E. LUNCH OR DINNER), TODAY MY LUNCH WAS A SLICE OF HARD COLD PIZZA AND A ICE COLD HARD BOILED EGG, MY DINNER WAS A TRAY THAT CONTAINED COLD MASH POTATOES AND SOME FORM OF WHAT I THINK IS SUPPOSE TO BE SOME FORM OF BEEF THAT MUST HAVE BEEN TAKEN STRAIGHT OUT OF THE "REFRIGERATOR" BECAUSE NOT ONLY WAS IT COLD AND UNATEABLE, IT CONTAINED THE SOLID FAT GREASE FROM BEING REFRIGERATED. THIS FORM OF FEEDING THE PRISONERS IN THE R.M.U. HAS TO "STOP" NOW!

GRIEVANT SIGNATURE:  Harvey J. Gunter  24B4432
GRIEVANCE CLERK SIGNATURE;                      DATE;

ADVISOR REQUESTED: (YES)/ NO  WHO: THE FOOD ADMINISTRATOR!
(1-OF-2-PAGES)

2 OF 2 PAGES

WDE- 0016-25

ACTION REQUESTED BY GREIVANT:

I WANT THE FOOD THAT IS SENT TO THE PRISONERS OF THE WENDE CORR. FAC. R.M.U, TO BE HOT (I.E. LUNCH & DINNER) AS REQUIRED BY THE RULES AND REGULATIONS OF THE N.Y.S.D.O.C.C.S., I KNOW THAT THE FOOD THAT IS TO BE HOT MEALS ARE BEING DELIVERED TO THE PRISONERS IN THE R.M.U. IN HOT BOXES THAT DO "NOT" WORK! EITHER FIX THE HOT BOXES OR BUY NEW ONES THAT "WORK"! IF THIS MATTER IS NOT ADDRESSED BY THE END OF JANUARY 2025 YOU WILL LEAVE ME NO CHOICE BUT TO GO OVER YOUR HEADS, THIS IS "NOT" A THREAT, IT IS MY RIGHT!

THIS COMPLAINT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: (TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT SIGNATURE:

WITNESS SIGNATURE:

DATE:

DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED GRIEVANCE COMMITTEE (I.G.R.C.), * AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER DIRECTIVE # 4040 & 701.4/0

FOR 2 PAGES

INCARCERATED GRIEVANCE PROGRAM
COMPLAINT FORM

GRIEVANCE NO.                    DATE FILED
                                 1/6/2025

GRIEVANT NAME          DIN. NO.
HARVEY J. GUNTER       24B4432

FACILITY               HOUSING UNIT
WENDE                  R.M.U. 336-2

PROGRAM                DATE:
N/A                    1/6/2025

DESCRIPTION OF PROBLEM:

THE WHEEL CHAIRS THAT ARE USED TO TRANSPORT PRISONERS
ON OUTSIDE MEDICAL TRIPS AND DRAFT TRANSFERS ARE
IN "NO" CONDITION TO BE USED FOR TRANSPORTING ANY
PRISONERS OUTSIDE OF THE FACILITY! THESE WHEEL
CHAIRS ALL OF THEM ARE MISSING CRITICAL PARTS
THAT ARE A "SAFETY" HAZARD TO THE WELL BEING OF THE
PRISONER THAT IS BEING TRANSPORTED (I.E., THERE ARE
"NO" LEG/FOOT SUPPORTS AND SOME OF THE WHEEL CHAIRS
CHAIR HAVE ONLY "ONE" OR "NO" ARM SUPPORTS MAKING
IT VERY EASY FOR THE PRISONER TO FALL FROM THE
WHEEL CHAIR OR BE DRAGGED UNDER THE WHEEL CHAIR!

GRIEVANT SIGNATURE: Harvey J. Gunter 24B4432

GRIEVANCE CLERK SIGNATURE:                DATE:

2 OF 2 PAGES

ADVISOR REQUESTED: (YES)/ NO   WHO: THE FACILITY SAFETY OFFICER

ACTION REQUESTED BY GRIEVANT:

TO HAVE ALL THE TRANSPORT WHEEL CHAIRS REPLACED WITH
NEW ONES THAT ARE UP TO SAFETY STANDARDS WHEN
BEING USED TO TRANSPORT PRISONERS ANY WHERE
FOR THEIR SAFETY SO THAT THERE IS NO LIABILITY
CLAIMS TO BE BROUGHT AGAINST THE STATE OR THE
OFFICER WHO IS INVOLVED WITH USING AN UN-
SAFE TRANSPORT WHEEL CHAIR!

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED (TO BE COMPLETED ONLY IF RESOLVED
                              PRIOR TO HEARING.

GRIEVANT SIGNATURE:

WITNESS SIGNATURE:                          DATE:

                                            DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE
INCARCERATED GRIEVANCE RESOLUTION COMMITTEE (I.G.R.C.).
* AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER
DIRECTIVE #4040, §701.6(G).

NEW YORK STATE CORRECTIONS AND COMMUNITY SUPERVISION

GRIEVANCE NO. _____   DATE FILED 1/10/2025

WDE- 0029 - 25

INCARCERATED GRIEVANCE PROGRAM

COMPLAINT FORM

GRIEVANT NAME HARVEY J. GUNTER

DIN. NO. 24B4432

FACILITY WENDE

HOUSING UNIT R.M.U. 336-2

PROGRAM

DATE 1/10/2025

DESCRIPTION OF PROBLEM:

THE PROBLEM IS THIS ADMINISTRATION! THIS IS THE 5TH TIME IN AS MANY WEEKS THAT THE ISLAMIC FACILITATOR HAS "NOT" BEEN ALLOWED TO BE ESCORTED TO THE R.M.U. FOR JUMMAH FRIDAY MUSLIM SERVICES! TODAY 1-10-2025, THE MUSLIM FACILITATOR DID "NOT" REACH THE R.M.U. FOR MUSLIM SERVICES UNTIL 2:20 P.M. AND BECAUSE OF THE TIME, THE OFFICERS ON THE 3RD. FLOOR OF THE R.M.U. REFUSED TO ALLOW THE FRIDAY MUSLIM JUMMAH SERVICES TO TAKE PLACE! AT 2:30 P.M. ALL THE MUSLIMS WHO WERE THERE WAITING FOR THE MUSLIM FACILITATOR SINCE 1:00 P.M. WERE TOLD THAT WE HAD TO RETURN TO OUR ROOMS! THIS ROUTINE BY THE ADMINISTRATION IS HAPPING MUCH TO OFTEN! IT HAS LONG BEEN ESTABLISHED THAT THE MUSLIM FACILITATOR IS ON THE CALL-OUT FOR 11:00 A.M. AS TO SET UP FOR JUMMAH SERVICES THAT ARE TO TAKE PLACE

FROM 1:00 P.M. TO 3:00 P.M. EVERY FRIDAY! WHY IS THIS ADMINISTRATION DON'T HAVE ANY PROBLEMS GETTING THE CHRISTIAN FACILITATOR TO THE R.M.U. ON TIME FOR THEIR SERVICES!        WDE- 0029-25

GRIEVANT SIGNATURE: *Dawrey D. Hunter*

GRIEVANCE CLERK SIGNATURE:                            DATE:

ADVISOR REQUESTED: (YES)/NO   WHO: THE IMAM

ACTIONS REQUESTED BY GRIEUANT: TO BE GIVEN THE SAME CONSIDERATION AS THE REST OF RELIGIOUS ORGANIZATIONS AND TO HAVE OUR MUSLIM FACILITATOR IN THE R.M.U. AT 11:00 A.M. FOR SET-UP AND SERVICES!

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: (TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT SIGNATURE:                      DATE:

WITNESS SIGNATURE:                       DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED RESOLUTION COMMITTEE (I.G.R.C.).

* AN EXCEPTION TO THE TIME MAY BE REQUESTED UNDER DIRECTIVE # 4040, §701.6(6).

NEW | CORRECTIONS AND     GRIEVANCE NO. DATE FILED
YORK | COMMUNITY SUPERVISION     1/27/2025
STATE |

INCARCERATED GRIEVANCE PROGRAM

COMPLAINT FORM

GRIEVANT NAME   DIN. NO.
HARVEY J. GUNTER 24B443?
FACILITY    HOUSING UNIT
WENDE     R.M.U. 336-2
PROGRAM    DATE
N/A     1/27/2025

DESCRIPTION OF PROBLEM:

THERE IS AN ICE MACHINE LOCATED ON THE THIRD FLOOR OF THE R.M.U. THE PRISONERS ARE BEING SERVED ROOM TEMPERATURE "MILK" & "JUICE", AND THE WATER FROM THE BATHROOM SINK IS WARM AND "NOT" DRINKABLE!

GRIEVANT SIGNATURE: Harvey J. Gunter

GRIEVANCE CLERK SIGNATURE:          DATE:

ADVISOR REQUESTED: YES-(NO) WHO:

ACTIONS REQUESTED BY GRIEVANT:

I AM REQUESTING THAT THE PRISONERS WHO REQUEST "ICE" TO BE PROVIDE "ICE" AT LEAST TWICE A DAY!

THIS COMPLAINT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING.

GRIEVANT SIGNATURE:           DATE:

WITNESS SIGNATURE:           DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED RESOLUTION COMMITTEE (I.G.R.C.)

NEW CORRECTION AND COMMUNITY SUPERVISION YORK STATE

(40) Legal Requests

GRIEVANCE NO. WDF- 0065-25 filed 1/30b

DATE FILED 1/29/2025

INCARCERATED GRIEVANCE PROGRAM COMPLAINT FORM

GRIEVANT NAME HARVEY J. GUNTER

DIN. NO. 24B4432

FACILITY WENDE

HOUSING UNIT R.M.U. 336-2

PROGRAM N/A

DATE 1/29/2025

DISCRIPTION OF PROBLEM:
I HAVE WRITTEN AND REQUESTED LEGAL MATERIALS FROM THE LAW LIBRARY "2" TWICE IN THE PAST "2" TWO WEEKS AND HAVE YET TO RECIEVE ANY OF THE LEGAL MATERIALS THAT I REQUESTED.

GRIEVANT SIGNATURE: Harvey J. Gunter 24B4432
GRIEVANCE CLERK SIGNATURE:                          DATE:

ADVISOR REQUESTED: YES /(NO)  WHO:

ACTION REQUESTED BY GRIEVANT:
I WANT THE REQUESTED LEGAL MATERIALS DELIVERED BACK TO ME WITHIN 24 HOURS OF RECIEVING MY REQUEST AS IT IS STATED WITHIN THE PATIENT ORIENTATION HANDBOOK WENDE REGIONAL MEDICAL UNIT/INFIRMARY GUIDELINES!

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:


INFORMAL RESOLUTION ACCEPTED:(TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT SIGNATURE:
WITNESS SIGNATURE:                          DATE:
                                            DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCAREERATED GRIEVANCE RESOLUTION COMMITTEE (I.G.R.C.). AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER DIRECTIVE #4040, § 701.6 (6).

H. Gunter
24B4432
RMU-336-2

NEW )
YORK  } COMMUNITY SUPERVISION          CODE-WB-85          NO. DATE FILED
STATE )                                                   2/10/2025

                                                GRIEVANT NAME  DIN, NO.
INCARCERATED GRIEVANCE PROGRAM                  HARVEY J. GUNTER 24B4432
   COMPLIANT FORM                               FACILITY  HOUSING UNIT
                                                WENDE   R.M.U. 336-2
                                                PROGRAM  DATE
                                                  N/A     2/10/2025

DISCRIPTION OF PROBLEM:

THE CORRECTION OFFICER'S WHO ENTER MY ROOM ALONG
WITH A MEDICAL PROVIDER DURING EXAMS, MEDICINE BEING
GIVEN AND ANY OTHER COMMUNICATION CONCERNING MY
MEDICAL CONDITION IS BEING RECORDED BOTH PHYSICAL AND
AUDIO, THIS IS IN VIOLATION OF MY HIPPA LAW RIGHT
AND MY PATIENT'S BILL OF RIGHTS TO PRIVACY FROM ANYONE
WHO IS NOT A MEDICAL PROVIDER.

GRIEVANT SIGNATURE: Harvey J. Gunter
GRIEVANCE CLERK SIGNATURE:                      DATE:
ADVISOR REQUESTED: YES /(NO)
ACTION REQUESTED BY GRIEVANT:
I DO NOT WANT THE CORRECTION OFFICER'S RECORDING ANY
OF MY CONVERSATIONS WHEN I AM SPEAKING WITH A MEDICAL
PROVIDER CONCERNING MY MEDICAL HEALTH CONDITIONS!
COMPLAINT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: (TO BE COMPLETED ONLY IF RESOLVED
PRIOR TO HEARING.)
GRIEVANT SIGNATURE:                      DATE:
WITNESS SIGNATURE:                       DATE:
IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED
GRIEVANCE RESOLUTION COMMITTEE (IGRC), AN EXCEPTION TO THE TIME
LIMIT MAY BE REQUESTED UNDER DIRECTIVE #4040.§ 701.6(G).

H. Gunter

24B4432

RMU-336-2

NEW YORK STATE } CORRECTION AND COMMUNITY SUPERVISION

INCARCERATED GRIEVANC PROGRAM

COMPLAINT FORM

GRIEVANCE NO.

DATE FILED
3/3/2025

GRIEVANT NAME
HARVEY J. GUNTER

D.IN. NO.
24B4432

FACILITY
WENDE

HOUSING UNIT
R.M.U. 336-2

PROGRAM
N/A

DATE
3/3/2025

DISCRIPTION OF PROBLEM:

THE PROBLEM IS THE "UNSANCIION" AND "ILLEGAL" ACTS OF THE CORRECTION OFFICER'S OF THE NEW YORK STATE PRISON SYSTEM BETTER RELATED AS A STRICK THAT WAS "NOT" SANCTION BY THEIR UNION HAS CLEARLY CAUSE MYSELF AND MANY OTHER PRISONERS ACROSS THE STATE OF NEW YORK TO BE DEPRIVED OF THEIR FRIST CONSTITUTIONAL AMENDMENT RIGHT TO PAR- TAKE IN THEIR PRACTICE OF THEIR RELIGIOUS BELIEF. IT HAS BEEN FOUR WEEKS SINCE I HAVE BEEN ALLOWED TO PAR-TAKE IN MY RELIGIOUS BELIEF THAT BEING "MUSLIM SERVICES" (I.E. JUMMAH FRIDAY PRAYER). AND NOW AT THIS POINT AND TIME, I AM AND MANY OTHER ISLAMIC PRISONERS ARE BEING DENIED THE RIGHT TO PAR-TAKE IN THE ISLAMIC RAMADAN CELEBRATION.

PAGE-1-OF-2

GRIEVANT SIGNATURE: Harvey J. Gunter

GRIEVANCE CLERK SIGNATURE:                    DATE:

ADVISOR REQUESTED: (YES)/NO   WHO: THE IMAM

ACTION REQUESTED BY GRIEVANT:

TO GET SOME OF THE CORRECTION OFFICER'S OR OTHER STAFF THAT ARE NOT INVOLVED IN THE "UNSANCTION" AND "ILLEGAL" STRICK TO BE POSTED IN OR NEAR THE MASJID AND THE R.M.U. SO THAT THE ISLAMIC COMMUNITY CAN PAR-TAKE IN THE (JUMMAH FRIDAY PRAYER AND PAR-TAKE IN THE RAMADAN) ISLAMIC CELEBRATION!

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: (TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT SIGNATURE:

WITNESS SIGNATURE:                    DATE:

                                      DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED GRIEVANCE RESOLUTION COMMITTEE (I.G.R.C.) AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER DIRECTIVE # 4040, § 701.6 (G).

2-OF-2

NEW ) CORRECTION AND (2) Camera Being GRIEVANCE NO.    DATE FILED
YORK } COMMUNITY SUPERVISION — Feisk         3/3/2025
STATE ) WDE- `0115-25` filed 3/5/25   GRIEVANT NAME    D.IN. NO.

INCARCERATED GRIEVANCE PROGRAM    HARVEY J. GUNTER   24B4432
    COMPLAINT FORM

FACILITY          HOUSING UNIT
WENDE           R.M.U. 336-2

PROGRAM         DATE
N/A            3/3/2025

DESCRIPTION OF PROBLEM:

AS A PRISONER OF THE ISLAMIC FAITH, I AM BEING GIVEN A DIRECT ORDER TO STRIP NECKET AND RAISE MY PENIS AND TESTICALS AND THEN TO FACE A WALL AND SPREAD MY BOTTOX WHILE BEING RECORDED ON CAMERA. ALSO THE OFFICERS COME INTO MY ROOM AND RECORDS THE MEDICAL CONVERSATION CONCERNING MY HEALTH RELATED ISSUES WHEN I AM BEING SEEN BY MEDICAL PERSONNAL. THE FIRST PROBLEM IS A CLEAR AND CONCISE VIOLATION OF MY FIRST CONSTITUTIONAL AMENDMENT RIGHT, THE SECOND PROBLEM IS A CLEAR AND CONCISE VIOLATION OF MY HIPPA RIGHTS TO PATIENCE CONFIDENTIALITY!

GRIEVANT SIGNATURE: Harvey J. Gunter ⟵ ISAH!
GRIEVANCE CLERK SIGNATURE:

ADVISOR REQUESTED: (YES) NO   WHO: THE IMAM      DATE:

ACTION REQUESTED BY GRIEVANT: TO NOT BEING RECORDED BY THE OFFICER'S WHEN SPEAKING ABOUT MY MEDICAL ~~___~~ ISSUES WITH MEDICAL STAFF AS WELL AS BEING RECORDED DURING ANY STRIP FRISK, THAT ALONE IS SEXUAL HARRASSMENT AS WALL AS PORN!

WDE- 0115-25

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: TO BE COMPLETED ONLY IF
RESOLVED PRIOR TO HEARING!

GRIEVANT SIGNATURE:

DATE:

WITNESS SIGNATURE:

DATE:

IF UNRESOLVED: YOU ARE ENTITLED TO A HEARING BY THE
INCARCERATED GRIEVANCE RESOLUTION COMMITTEE (I.G.R.C)

AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED
UNDER DIRECTIVE # 4040 § 701.6 (G).

PAGE 2 OF 2

H. Gunter
24 B4432
RMU-336-2

NEW YORK STATE

CORRECTION AND COMMUNITY SUPERVISION

INMATE GRIEVANCE PROGRAM COMPLAINT FORM

GRIEVANT NAME: HARVEY J. GUNTER   DIN. NO.: 24B4432

FACILITY: WENDE   HOUSING UNIT: R.M.U. 336-2

PROGRAM: N/A   DATE: 4/3/2025

DESCRIPTION OF PROBLEM: THIS IS THE SECOND TIME THAT I AM FILING A GRIEVANCE CONCERNING THIS MATTER (I.E.; HAVING MY H.I.P.P.A. RIGHTS BEING VIOLATED BY "NONE" MEDICAL STAFF. AT FRIST IT WAS THE CORRECTION OFFICER'S FOLLOWING THE MEDICAL STAFF INTO MY ROOM AND RECORDING THE CONVERSATION'S THAT TAKE PLACE BETWEEN MY-SELF AND MEDICAL STAFF CONCERNING MY HEALTH RELATED MEDICAL ISSUES NO MATTER HOW BIG OR SMALL WHICH IS IN VIOLATION OF MY H.I.P.P.A. RIGHTS TO CONFINDANCE AND NOW YOU ARE ALLOWING THE "NATIONAL GUARD'S TO DO THE SAME THING WHICH IS ALSO A VIOLATION OF MY H.I.P.P.A. RIGHTS!

GRIEVANT SIGNATURE: Harvey J. Gunter

GRIEVANCE CLERK SIGNATURE:

DATE:

ADVISOR REQUESTED: YES / NO   WHO: SR. MEDICAL PERSONNAL!

ACTION(S) REQUESTED BY GRIEVANT: WHEN I AM BEING SEEN BY ANY MEDICAL STAFF NO MATTER WHAT THE REASON MAY BE AND I AM QUESTIONED ABOUT ANY MEDICAL ISSUES FROM MEDICAL STAFF, I DO "NOT" WANT ANYONE OTHER THEN MEDICAL STAFF TO BE PRESENT IN MY ROOM RECORDING AND LISTING TO MY PERSONAL MEDICAL ISSUES. IN THIS FACILITY THERE IS A OBSERVATION "WINDOW" THAT "NONE" MEDICAL STAFF CAN SEE EVERYTHING THAT IS TAKING PLACE WHILE THE MEDICAL STAFF IN IN MY ROOM!

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: (TO BE COMPLETED ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT SIGNATURE:                    DATE:

WITNESS SIGNATURE:                     DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE INCARCERATED GRIEVANCE RESOLUTION COMMITTEE (I.G.R.C.) *AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER DIRECTIVE # 4040 § 701.6 (G).

Case 9:25-cv-... Document 1 Filed 06/23/25 Page 42 of 43

| STATE CORRECTIONS AND COMMUNITY SUPERVISION | GRIEVANCE NO. | DATE FILED |
| --- | --- | --- |
| NEW YORK | | 4/14/2025 |

## INCARCERATED GRIEVANCE PROGRAM COMPLIANT FORM

| GRIEVANT NAME | D.IN. NO. |
| --- | --- |
| HARVEY J. GUNTER | 24B4432 |

| FACILITY | HOUSING UNIT |
| --- | --- |
| WENDE | R.M.U. 336-2 |

| PROGRAM | DATE |
| --- | --- |
| N/A | 4/14/2025 |

DESCRIPTION OF PROBLEM: ON APRIL 14, 2025, I HARVEY J. GUNTER 24B4432, HAD AN OUTSIDE MEDICAL TRIP TO E.C.M.C., WHEN I WAS VETED BY THE SERGANT IN THE DRAFT ROOM I WAS TOLD THAT I COULD NOT WARE MY STATE SNEAKERS TO MY APPOINTMENT. WHEN I ATTEMPTED TO EXPLAIN TO HIM THAT I AM WAITING FOR MY MEDICAL BOOTS TO ARRIVE BECAUSE IT IS MEDICALY VOTED THAT MY FEET CAN NOT FIT INTO MY STATE BOOTS WHICH I HAVE NEVER WORN SINCE BEING ADMITTED INTO STATE CUSTODY IN OCTOBER OF 2024. HE DID NOT WANT DO TAKE IN CONSIDERATION THAT I AM A DIABETIC WITH NUROPATY IN BOTH FEET (NO FEELING) AND THAT SINCE BEING IN WENDE CORR. FAC. R.M.U. I HAVE BEEN ON SEVERAL MEDICAL TRIPS OUTSIDE OF THIS FACILITY WEARING MY STATE SNEAKERS. I WAS TOLD THAT I HAD TO CHOOSE TO EITHER WEAR SOME STATE BOOTS OR GO BARE FOOTED OR REFUE THE MEDICAL APPOINTMENT WHICH WAS TO

TEST ON MY HEART FUNCTIONS, SO I WAS MADE TO GO
ON AN OUTSIDE MEDICAL TRIP BAREFOOTED WITH
NOTHING TO PROTECT MY FEET FROM BEING INJURIED
NO EVEN A PAIR OF STATE SOCKS, BECAUSE THEY DO
NOT FIT MY FEET EITHER BECAUSE MY FEET ARE
SWOLLEN AND WITHOUT FEELING!

GRIEVANT SIGNATURE: *Harvey J. Hunter*

GRIEVANCE CLERK SIGNATURE:                    DATE:

ADVISOR REQUESTED: (YES) NO  WHO: SOMEONE FROM THE MEDICAL
DEPARTMENT!

ACTIONS REQUESTED BY GRIEVANT: I WOULD LIKE MEDICAL TO GIVE
ME A MEDICAL PASS TO WARE MY STATE SNEAKERS ON ANY OUT-
SIDE TRIPS UNTIL I RECIEVE MY MEDICAL BOOTS AND TO
HAVE THAT SERGEANT WALK AROUND FOR HIS 12-HOUR SHIFT
WITHOUT FOOT WARE!

THIS COMPLIANT HAS BEEN RESOLVED AS FOLLOWS:

INFORMAL RESOLUTION ACCEPTED: TO BE COMPLETED ONLY IF
RESOLVED PRIOR TO HEARING!

GRIEVANT SIGNATURE:

WITNESS SIGNATURE:                         DATE:

                                           DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE
INCARCERATED GRIEVANCE RESOULTION COMMITTEE (I.G.R.C.)
& AN EXCEPTION TO THE TIME LIMIT MAY BE REQUESTED UNDER
DIRECTIVE #4040 § 701.6(G)